REDACTED COPY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED

2009 SP 16 PM 1:47

WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE

BY:_____
                    DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Cause No.: |
| | § | |
| | § | **INDICTMENT** |
| v. | § | |
| | § | [COUNT ONE – Vio: 18 U.S.C. § |
| | § | 924(a)(1)(A): Commit False Statement |
| FELIPE DE JESUS RAMIREZ | § | in Acquisition of Firearm.] |

# DR09CR1194

THE GRAND JURY CHARGES:

## COUNT ONE
[18 U.S.C. § 924(a)(1)(A)]

That on or about October 20, 2008, in the Western District of Texas, Defendant,

FELIPE DE JESUS RAMIREZ

knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Hesles Store #1 d/b/a Hesles Gun and Knives Store, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, in that Defendant executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, representing that he was the actual buyer of the firearm indicated on the form, when in fact he was not the actual buyer of this firearm, in violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL.

JOHN E. MURPHY
Acting United States Attorney

By: _____
BENJAMIN D. SEAL
Assistant United States Attorney

SEALED:

UNSEALED: XX

# DR09CR1194

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: MAVERICK          USAO #:

DATE: September 16, 2009          MAG. CT. #:

AUSA: BENJAMIN D. SEAL

DEFENDANT: FELIPE DE JESUS RAMIREZ

CITIZENSHIP: United States

INTERPRETER NEEDED: No     Language: English

DEFENSE ATTORNEY: Not Available

ADDRESS OF ATTORNEY: Not Available

DEFENDANT IS: FUGITIVE     DATE OF ARREST: N/A

BENCH WARRANT NEEDED: YES

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT.

OFFENSE: (Code & Description): Count 1- 18 U.S.C. §924(a)(1)(A) Commit False Statement in Acquisition of Firearms.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: For each count - 0-5 years imprisonment; up to $250,000 fine; up to 3 years of supervised release.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above          W/DT-CR-3